```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/7/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PREPARED FOOD PHOTOS, INC.,                :         22-CV-7160 (ALC) (RWL)
                                           :
                Plaintiff,                 :         **ORDER**
                                           :
        - against -                        :
                                           :
TONY'S PIZZA OF POUGHKEEPSIE, INC.,        :
et al.,                                    :
                                           :
                Defendants.                :
-------------------------------------------------------------X
PREPARED FOOD PHOTOS, INC.,                :         22-CV-10951 (LAK) (RWL)
                                           :
                Plaintiff,                 :         **ORDER**
                                           :
        - against -                        :
                                           :
BRAVO WEST PIZZA, LLC, et al.,             :
                                           :
                Defendants.                :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the initial pre-trial conference held on March 7, 2023, the captioned cases are stayed until June 7, 2023, or such earlier date as the Court may order. The parties shall file a joint status report by **June 5, 2023**, or, if earlier, within 7 days after any determination made by the Panel on Multi-District Litigation.

                                    SO ORDERED.

                                    _____
                                    ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE

Dated: March 7, 2023
       New York, New York